

FILED
01/06/2021
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 19-0731

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0731

STATE OF MONTANA,

Plaintiff and Appellee,

v.

TRAVIS STAKER,

Defendant and Appellant.

**FILED**

**JAN 0 6 2021**

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

---

Pursuant to the Internal Operating Rules of this Court, this cause is classified for oral argument before the Court sitting en banc and is hereby set for argument on Friday, March 26, 2021, at 9:30 a.m. at the George Dennison Theatre at the University of Montana in Missoula, Montana, with an introduction to the oral argument beginning at 9:00 a.m. Venue is subject to change pursuant to the health and safety guidelines in place on that date.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this cause number shall be forty (40) minutes for the Appellant and thirty (30) minutes for the Appellee.

The Court will not entertain any motions to reschedule.

Counsel should be mindful of the provisions of M. R. App. P. 17(6).

The Clerk is directed to provide a copy hereof to all counsel of record, to Dean Paul Kirgis, Alexander Blewett III School of Law, University of Montana, to Christina Tin, Director of Communication and Events, Alexander Blewett III School of Law, University of Montana, to John Mudd, Executive Director of the State Bar of Montana, and to the Honorable Rienne H. McElyea, District Judge.

DATED this 5th day of January, 2021.

For the Court,

By _____
Chief Justice